1

2    **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA**

3

4    **UNITED STATES OF AMERICA,**

5                   **Plaintiff,**                              **Case No.  CR09-5844RJB**

6            **v.**                                             **INITIAL ORDER RE: ALLEGATIONS**
                                                                **OF VIOLATION OF CONDITIONS**
7    **WILLIAM FITZGERALD JEROME,**                            **OF SUPERVISION BY UNITED**
                                                                **STATES PROBATION OFFICE**
8                   **Defendant.**

9

10

11       **THIS MATTER comes on for hearing on the Petition of the United States Probation Office
     alleging that the defendant has violated the conditions of supervision.**

12       **The plaintiff appears through Special/Assistant US Attorney, JERROD PATTERSON:**

13       **The defendant appears personally and represented by counsel, JOHN CARPENTER:**

14       **The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
     supervision; the defendant has been advised of the allegation(s) and maximum potential sanction if
15   substantiated; and the court finding probable cause with regard to the alleged violation(s);**

16       **The matter is scheduled for hearing  before the Honorable ROBERT J. BRYAN:**

17                   **Date: APRIL 8, 2011**

18                   **Time: 10:30 AM**

19   **(   ) Defendant is released pending the above scheduled hearing.**

20   **( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any
     other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered
21   by the court for further proceedings.**

22       **The clerks shall direct copies of this order to counsel for the United States, to counsel for the
     defendant, the United States Marshal and to the United States Probation Office.  This Order is entered
23   without prejudice to review.**

24                                           **March 31, 2011.**

25

26

27                                           J. Richard Creatura
                                             United States Magistrate Judge
28

ORDER
Page - 1