JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5844RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S LETTER RE: SENTENCING |
| WILLIAM F. JEROME, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Letter Re: Sentencing and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Letter Regarding Sentencing and any attachments thereto, are to be sealed.

DONE this 7th day of June, 2011.

_____
Robert J Bryan
United States District Judge

Presented by:

/s John Carpenter
John Carpenter
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**