JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5844RJB |
| Plaintiff, | ) ) | ORDER GRANTING EMERGENCY MOTION TO EXTEND TIME FOR APPEAL |
| vs. | ) ) | |
| WILLIAM JEROME, | ) ) | |
| Defendant. | ) ) ) | |

Based upon a review of the records and files herein and of defendant's Motion to Extend Time for Appeal, now, therefore,

IT IS HEREBY ORDERED that the time for filing a notice of appeal is extended for 30 days or until ten days after the Motion for Reconsideration of Revocation of Probation is decided by the Court.

DATED this 15th day of June, 2011.

*[signature]*
Robert J Bryan
United States District Judge

Submitted by:

*/s/ John R. Carpenter*
John R. Carpenter
Attorney for Defendant

ORDER GRANTING EMERGENCY MOTION TO
EXTEND TIME FOR APPEAL            1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**