The Honorable Robert J. Bryan

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10  UNITED STATES OF AMERICA,            )
11                Plaintiff,             )       NO.  CR09-5844RJB
                                         )
12            v.                         )       ORDER GRANTING THE
                                         )       GOVERNMENT'S UNOPPOSED
13                                       )       MOTION FOR TIME EXTENSION
                                         )
14  WILLIAM FITZGERALD JEROME,           )
                                         )
15                Defendant.             )
    _____ )

16        THIS MATTER came before the Court on Plaintiff United States of America's

17  motion for an extension of time until June 22, 2011, to file its response to the defendant's

18  motion for reconsideration.  [Docket No. 32].  The defense has indicated that it does not

19  oppose the motion.  The Court has considered the facts in support of the request, other

20  facts apparent from the record, and finding good cause, grants the requested extension.

21  Now, therefore

22        It is hereby ORDERED that the due date for the filing of the United States'

23  response to the defendant's motion for reconsideration is extended to June 22, 2011.

24        DATED this _20th__ day of June, 2011.

25
26
27                                Robert J Bryan
                                  United States District Judge
28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800