1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
9                                  AT TACOMA

10

11    UNITED STATES OF AMERICA,              CASE NO. CR09-5844RJB

                    Plaintiff,               ORDER DENYING MOTION FOR
12                                           RECONSIDERATION OF
                                             REVOCATION OF PROBATION
13          v.

14    WILLIAM JEROME,

                    Defendant.
15

16
            This matter comes before the court on the above-referenced motion (Dkt. 32).  The court
17
      has considered the documents filed in support of and in opposition to the motion, and has
18
      reviewed its notes of the evidentiary hearing and has reviewed the file.
19
            There is some dispute between the parties as to the legal standards to be applied to this
20
      motion.  The court is satisfied that under any of the legal standards suggested, the motion should
21
      be denied.
22
            A careful analysis of the documents submitted indicate that the only new evidence is the
23
      hearsay statement from an investigator with Texas Child Protective Services that the five-year-
24

1  old victim of one of the alleged violations, who also suffers from "a severe case of ADHD" and

2  "was a very difficult subject to interview" (*See* Exhibit A to Defendant's Reply Brief, Dkt. 43)

3  made no "outcry" that the defendant abused him, and apparently did not offer information about

4  any physical abuse at the hands of the defendant during his interview with the investigator and,

5  further, that the boy's mother had no knowledge of any physical abuse.  That information is

6  simply insufficient to justify a reopening of either the evidentiary hearing on the probation

7  violation petition, or the disposition hearing.  This court had the opportunity to hear the

8  witnesses testify in open court regarding the issues and the addition of the described hearsay

9  evidence would not have changed the court's findings, conclusions and judgment.

10         The Motion for Reconsideration of Revocation of Probation (Dkt. 32) is DENIED.

11         The Clerk is directed to send uncertified copies of this Order to all counsel of record and

12  to any party appearing *pro se* at said party's last known address.

13         Dated this 30th day of June, 2011.


ROBERT J. BRYAN
United States District Judge